IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : |
| WAIVER OF PACER FEES FOR | : |
| MS. JETT PETTUS, STUDENT | : |
| MASSACHUSETTS INSTITUTE OF | : |
| TECHNOLOGY | : |

**ORDER**

Ms. Jett Pettus, a student at Massachusetts Institute of Technology, has requested an exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

Having considered the above request, the Court finds that Ms. Pettus falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Additionally, Ms. Pettus has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information.

Accordingly, Ms. Pettus, shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this Court. Ms. Pettus shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this Court.

Additionally, the following limitations apply:

1. This fee exemption applies only to Ms. Jett Pettus and is valid until December 31, 2024, only for the purposes stated above;

2. This fee exemption applies only to the electronic case files of this Court that are available through the PACER system;

3. By accepting this exemption, Ms. Pettus, agrees not to sell for profit any data obtained as a result of receiving this exemption;

4. Ms. Pettus is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet based databases;

5. This exemption is valid until December 31, 2024.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

IT IS SO ORDERED THIS 20th day of March, 2024.

FOR THE COURT:

/s/ Colm F. Connolly
_____
Chief Judge Colm F. Connolly